RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for **ARRELLANO-GARCIA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-315-JCM-VCF |
| Plaintiff, | **MOTION TO CONDUCT A PRE-PLEA INVESTIGATION REPORT AND PROPOSED ORDER** |
| vs. | |
| MELESIO ARRELLANO-GARCIA, | (First Request) |
| Defendant. | |

COMES NOW, appointed counsel, Raquel Lazo, Assistant Federal Public Defender, hereby moves this Court to request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

1. There is some uncertainty regarding Mr. Arrellano-Garcia's Criminal History Category. The disposition of many convictions remains unclear. Undersigned counsel has requested documents pertaining to these prior convictions but no responses have been received. This has made it difficult to narrow down the Criminal History Category.

2. Mr. Arrellano-Garcia is requesting a pre-plea presentence report in order to have a better idea of his Criminal History Category score. He believes that this will help him decide as to whether he will proceed with a plea agreement or without the benefit of an agreement.

3. Defense counsel recognizes that the Department of Probation is extremely busy. Therefore, should this court grant Mr. Arrellano-Garcia's request, he is willing to provide them with as much time as necessary to complete the presentence report. Indeed, a stipulation to continue the trial in this matter for another ninety (90) days is being filed contemporaneously with this motion.

1   DATED this 13th day of December, 2012.

2                                             RENE L. VALLADARES
                                              Federal Public Defender
3

4

5                                         By: */s/ Raquel Lazo*
                                              _____
6                                             RAQUEL LAZO
                                              Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-cr-315-JCM-VCF |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| MELESIO ARRELLANO-GARCIA, | |
| Defendant. | |

No opposition having been filed and good cause appearing,

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Investigation Report on Defendant MELESIO ARRELLANO-GARCIA.

DATED   7th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 13, 2012, she served an electronic copy of the above and foregoing **MOTION TO CONDUCT A PRE-PLEA INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

       DANIEL BOGDEN
       United States Attorney
       333 Las Vegas Blvd. So., 5th Floor
       Las Vegas, Nevada 89101
       ROBERT BORK
       Assistant United States Attorney
       333 Las Vegas Blvd. So. 5th Floor
       Las Vegas, NV 89101

                                     */s/ Maribel Bran*
                                     Employee of the Federal Public Defender